JS 6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| KELLI MACKINNON,<br><br>             Plaintiff,<br><br>VS.<br><br>PROGRESSIVE FINANCIAL SERVICES, INC.,<br><br>             Defendant. | CASE NO. CV 09-04270 DSF-SS<br><br>**ORDER RE: STIPULATION RE DISMISSAL OF ENTIRE ACTION AND ALL PARTIES, WITH PREJUDICE**<br><br>**[FILED CONCURRENTLY WITH STIPULATION RE DISMISSAL OF ENTIRE ACTION AND ALL PARTIES, WITH PREJUDICE]** |

The Court has reviewed the Stipulation of Plaintiff KELLI MACKINNON and Defendant PROGRESSIVE FINANCIAL SERVICES, INC. ("Defendant") to dismiss with prejudice the above-entitled action, in its entirety. Pursuant to the Stipulation between the parties, the Court orders as follows:

/ / /

/ / /

**1**

05978.00/160715

[PROPOSED] ORDER RE: STIPULATION
RE DISMISSAL, et al.
CASE NO. CV 09-04270 -DSF-SS

1. That the above-entitled lawsuit is hereby dismissed, with prejudice, pursuant to FRCP 41(a)(1). Each party shall bear their own costs and expenses.

**IT IS SO ORDERED**

DATED: _____1/13/10         _____
                            UNITED STATES DISTRICT JUDGE

2

05978.00/160715

[PROPOSED] ORDER RE: STIPULATION
RE DISMISSAL, et al.
CASE NO. CV 09-04270 -DSF-SS